# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

| | |
|---|---|
| **TO:** | Mr. James Driscoll-MacEachron |
| **CC:** | Mr. Gregory Martin Erickson |
| | Mr. Vincent J. Fahnlander |
| | Ms. Hannah Camilleri Hughes |
| | Mr. Erick G. Kaardal |
| | Ms. Emily A. McNee |
| | Mr. Lehoan T. Pham |
| | Ms. Holly Marie Robbins |
| | Ms. Katherine Tank |
| | Ms. Kathryn Mrkonich Wilson |
| | Mr. George Richard Wood |
| **FROM:** | Britny N. Williams |
| **DATE:** | November 01, 2023 |
| **RE:** | 23-2994  Kenneth Ringhofer v. Mayo Clinic Ambulance |
| | 23-2996  Shelly Kiel v. Mayo Clinic Health System |

Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

  X    Please remove the additional case numbers and parties for the consolidated cases. The cover page of the brief should mimic the below caption.

Nos. 23-2994,  23-2996

IN THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

KENNETH RINGHOFER, SHELLY KIEL

    Plaintiffs-Appellants,

v.

MAYO CLINIC AMBULANCE, MAYO CLINIC HEALTH SYSTEM- Southeast Minnesota Region

    Defendants-Appellees.

**NOTE: On the first CM/ECF filing screen type in case number 23-2994 and at the bottom left corner of the page, uncheck all consolidated cases, excluding 23-2996.**

      Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.